*ORDER:*
motion granted.
John Bryant,
USMJ

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA )
)
vs. ) 3:1000260
) Judge Haynes
)
MUSSE AHMED ALI )

## MOTION FOR LEAVE TO FILE PLEADING *EX PARTE* AND UNDER SEAL

Comes now the Defendant, Musee Ahmed Ali, by and through counsel, and respectfully requests the Court allow him to file the pleading, contemporaneously filed herein, *ex parte* and under seal.

Respectfully submitted this the 10th day of November, 2010.

/s/ Craig P. Fickling
CRAIG P. FICKLING, BPR # 14845
**Fickling & Madewell**
118 East First Street
Post Office Box 1483
Cookeville, TN 38503
Telephone (931) 528-6403
*Attorney for Musee Ahmed Ali*

### Certificate of Service

I certify that I have served a true and correct copy of the foregoing pleading, via the Court's electronic filing system or, if not registered, *via* First Class Mail to **Van S. Vincent**, Assistant U.S. Attorney, U.S. Dept. of Justice 110 9th Avenue So., Suite A-961 Nashville, TN 37203-3870, on this the 10th day of November, 2010.

//s// Craig Fickling
Attorney for Defendant