IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CASE NO. 3:10-00260 |
| | ) | JUDGE WILLIAM J. HAYNES, JR. |
| MUSSE AHMED ALI | ) | |

ORDER

The motion is DENIED. The Court will give each Defendant 4 peremptory strikes, but the Defendants shall not consult in the exercise of those strikes. The Government retains 32 strikes.

[signature]
3-6-12

## MOTION TO REDUCE THE NUMBER OF PEREMPTORY CHALLENGES FOR THE GOVERNMENT AND TO ALLOW DEFENSE COUNSEL TO CONSULT REGARDING THE DEFENSE'S PEREMPTORY CHALLENGES

Comes now Musse Ahmed Ali, by and through counsel of record, Paul J. Bruno, and hereby moves the Court to reduce the number of peremptory challenges for the government and to allow defense counsel to consult regarding the defense's peremptory challenges.

## GOVERNMENT'S PEREMPTORY CHALLENGES

In the Court's Order regarding jury selection (D.E. #1316), the Court granted 2 peremptory challenges per defendant and granted 32 peremptory challenges for the government. This Order was entered prior to a number of defendants being severed in this case. Presently, there are fifteen (15) defendants scheduled for trial beginning March 20, 2012, resulting in the defense having a total of 30 peremptory challenges.

Based upon the ratio of peremptory challenges provided in *Federal Rule of Criminal Procedure* 24(b)(2) (6 for the government/10 for the defense), Mr. Ali moves the Court to reduce the number of peremptory challenges for the government from 32 to 18. Reducing the number of peremptory challenges for the government to 18 will provide the government the same proportionate