UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA    )
    )
    )    NO. 3:10-cr-00260
    )
v.    )    JUDGE HAYNES
    )
[6] MUSSE AHMED ALI    )

**GOVERNMENT'S MOTION TO STRIKE DOCKET ENTRY 2029**

The United States of America, by and through the undersigned, files the instant Motion to

Strike Docket Entry 2029. On March 19, 2012, the undersigned inadvertently filed Defendant

Musse Ahmed Ali's motion as a response. (DE 2029). The filing was error. The Government

has resubmitted its intended response. (DE. 2030). The Government apologies for this error. In

the course of two months, the Government has responded to over 200 motions. The Government

does not offer justification; but rather, an apology. As a result of its unintended error, the

Government moves to strike Docket Entry 2029. The Government has properly responded to

Defendant's Motion at Docket Entry 2030.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney

By: s/Blanche B. Cook
BLANCHE B. COOK
Assistant U. S. Attorney

1