IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CASE NO. 3:10-00260 |
| | ) | JUDGE WILLIAM J. HAYNES, JR. |
| MUSSE AHMED ALI (6) | ) | |

*[Handwritten annotation: "GRANTED — This motion to be granted. /s/ [Judge] 9-7-12"]*

## MOTION TO BE EXCUSED FROM APPEARING AT THE DEPOSITION OF ABDULLAHI FARAH A/K/A GRAY GOOSE

Comes now Musse Ahmed Ali (6), by and through counsel of record, Paul J. Bruno, and hereby moves this Honorable Court to excuse his presence at the deposition of Abdullahi Farah a/k/a Gray Goose that is presently scheduled for Wednesday, September 12, 2012 at 1:00 p.m.

As grounds for this motion, Mr. Ali would state and show that he resides in Minnesota, that he has been advised of the date and time of the deposition, that he would have to incur expenses related to appearing at the deposition next week, that his counsel will appear on his behalf, that Mr. Farah's counsel has advised that he does not anticipate that Mr. Farah will provide testimony at the deposition, and that Mr. Ali wants to waive his appearance at the deposition.

Based upon the foregoing, Mr. Ali moves this Honorable Court to excuse his presence at the deposition of Abdullahi Farah a/k/a Gray Goose.

Respectfully Submitted,

s/ *Paul J. Bruno*
Paul J. Bruno, B.P.R. #17275
Attorney for Musse Ahmed Ali
218 Third Avenue, North, Suite 200
Nashville, Tennessee 37201
(615) 251-9500