IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | CASE NO. 3:10-00260 |
| | ) | JUDGE WILLIAM J. HAYNES, JR. |
| MUSSE AHMED ALI | ) | |

### MOTION TO ALLOW MUSSE AHMED ALI TO BE EXCUSED FROM APPEARING AT THE STATUS CONFERENCE SET FOR FRIDAY, FEBRUARY 1, 2013 AT 9:30 A.M.

Comes now Musse Ahmed Ali, by and through counsel of record, Paul J. Bruno, and hereby respectfully moves this Honorable Court to allow him to be excused from appearing at the status conference set for Friday, February 1, 2013 at 9:30 a.m. As grounds for this motion, Mr. Ali would state and show that he resides in Minnesota and that the expenses related to traveling to Nashville, Tennessee to appear at the status conference would be significant. In addition, Mr. Ali is employed and needs to work on Friday, February 1, 2013. Further, counsel for Mr. Ali will appear at the status conference and will inform Mr. Ali of the substance of the proceedings.

Based upon the foregoing, Mr. Ali moves this Honorable Court to allow him to be excused from appearing at the status conference set for Friday, February 1, 2013 at 9:30 a.m.

*[Handwritten annotation: This motion is GRANTED. [signature] 1-29-13]*