UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) NO. 3:10-00260 |
| v. | ) Chief Judge Haynes |
| | ) |
| [2] ABDULLAHI SADE AFYARE | ) |
|     a/k/a "FOREHEAD" | ) |
| | ) |
| [4] YAHYA JAMAL AHMED | ) |
| | ) |
| [6] MUSSE AHMED ALI a/k/a "FAT BOY" | ) |
| | ) |
| [8] FADUMA MOHAMED FARAH | ) |
|     a/k/a "BARNIE" | ) |
| | ) |
| [10] YASIN AHMED FARAH | ) |
| | ) |
| [12] FATAH HAJI HASHI | ) |
|     a/k/a "JERRY" a/k/a "JR" | ) |
| | ) |
| [14] MUHIYADIN HUSSEIN HASSAN | ) |
|     a/k/a "CD" | ) |
| | ) |
| [15] DAHIR NOR IBRAHIM | ) |
|     a/k/a "DAHIR LUCKY" | ) |
| | ) |
| [16] ABDIFATAH BASHIR JAMA | ) |
| | ) |
| [17] ANDREW KAYACHITH | ) |
|     a/k/a "AK" | ) |
| | ) |
| [18] ABDIGADIR AHMED KHALIF | ) |
|     a/k/a "AWALI" | ) |
| | ) |
| [19] BASHIR YASIN MOHAMUD | ) |
|     a/k/a "BR" | ) |
| | ) |
| [20] MUSTAFA AHMED MOHAMED | ) |
| | ) |
| [22] ABDIFATAH SHARIF OMAR | ) |
|     a/k/a   "BRITISH" | ) |
|     a/k/a   "PINKY" | ) |
| | ) |

*Handwritten annotation:* ORDER. This request is DENIED as lacking any rationale or consideration of The Court's earlier ruling. [signature] 4-2-13

| | |
|---|---|
| [23]  LIBAN SHARIF OMAR | ) |
|      a/k/a   "SUNDERRA" | ) |
| | ) |
| [24]  MOHAMED SHARIF OMAR | ) |
|      a/k/a "MOJO" | ) |
| | ) |
| [25]  HAMDI ALI OSMAN | ) |
|      a/k/a "BIG HAMDI" | ) |
|      a/k/a "BOSS LADY" | ) |
| | ) |
| [26]  HAJI OSMAN SALAD | ) |
|      a/k/a "HOLLYWOOD" | ) |

### UNITED STATES' NOTICE OF SUGGESTION OF ORDER OF REMAINING TRIALS

Comes now, the United States, by and through the undersigned, and respectfully requests the Court consider setting for trial defendants [2], [4], [6], [12], [14], [16], [17], [18], [22], [23], [24], and [26] on Counts Sixteen, Seventeen, Eighteen, Nineteen, Twenty as set forth in the Third Superseding Indictment.

Next the trial of defendant [8] as to Count Twenty-Three of the Third Superseding Indictment.

Next the trial of defendant [15] as to Count Twenty-Four of the Third Superseding Indictment.

Next the trial of defendants [2], [10], [14], [22], [23], [24], [25], and [26] as to Counts One, Two, Three, Four, Five, Six, Seven, Eight, Nine, Thirteen, Fourteen, Fifteen of the Third Superseding Indictment.

Finally the trial of defendants [19] and [20] on Counts One and Two of the Third Superseding Indictment.

-2-

Case 3:10-cr-00260  Document 3101  Filed 04/02/13  Page 2 of 2 PageID #: 21612
Case 3:10-cr-00260  Document 3042  Filed 03/31/13  Page 2 of 2 PageID #: 20474